Stephanie A. Hambrick, WSB #, 6-2785
Assistant United States Attorney
District of Wyoming
P.O. Box 22211
Casper, WY 82602
(307) 261-5434
stephanie.hambrick@usdoj.gov



FILED

*11:18 am, 10/4/21*

**U.S. Magistrate Judge**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | |
| v. | Case No. 0:21-mj-57-NDF-1 |
| GREGORY MICHAEL SAMUEL TOTH, | |
| Defendant. | |

## MOTION FOR DETENTION HEARING

The United States moves for pretrial detention of the Defendant, pursuant to 18 U.S.C. § 3142(e) and (f).

1. Eligibility of Case. This case is eligible for a detention order because the case involves the following:

    **Serious risk Defendant will flee**
    **Serious risk obstruction of justice**

2. Reason for Detention. The court should detain the Defendant because there are no conditions of release which will reasonably assure:

    **Defendant's appearance as required**
    **Safety of any other person and the community**

3. Rebuttable Presumption. The United States will invoke the rebuttable presumption against the Defendant under § 3142(e).

4. Time for Detention Hearing. The United States requests the Court conduct the detention hearing:

**After a continuance of three days**

DATED this 4th day of October 2021.

L. ROBERT MURRAY
Acting United States Attorney

By: *Stephanie Hambrick*

STEPHANIE A. HAMBRICK
Assistant United States Attorney